ML,

APR 18 2022



# Texas Department of Criminal Justice
## STEP 2    OFFENDER GRIEVANCE

**Offender Name:** Chad Foreshee   **TDCJ #** 2172247
**Unit:** Stevenson    **Housing Assignment:** B-1-04B  8J-02B
**Unit where incident occurred:** Stevenson

**OFFICE USE ONLY**
Grievance #: 2022049646
UGI Recd Date: FEB 02 2022
HQ Recd Date: FEB 11 2022
Date Due: 03·14·22
Grievance Code: 102
Investigator ID#: 10660
Extension Date: ____

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be Specific).** I am dissatisfied with the response at Step 1 because...

The main issue disputed in Goodman v. Davis is TDCJ's grooming policy requiring short hair trimmed above the ears. This interferes with the practice of the Native American Faith's belief of growing the hair long as a religious expression.

Texas Federal District Court held that Native American prisoners have the right to wear long hair as required by their religious beliefs. Not only are both of my parents of Native American descent (Cherokee) I am a devout practitioner of the Native American Faith.

This being said even if my name isn't on or in the case, as a follower of the Native American Faith, I am also included in the litigation. TDCJ's grooming policy infringes on my belief's religious rights & is in direct violation of the Religious Land use & Institutionalized Persons Act (RLUIPA) 42 USC § 2000 cc-1, & the First amendment of the U.S. Constitution.

Please this is very distressing & is causing me great pain & suffering. I have exhausted all remidies & will be submitting a 1983 Lawsuit to the Federal Court.

I am dissatisfied with step 1 response because, it is Federal law & the U.S. Constitutional law that I have right to express my religious freedom. Also it is favoritism to allow 3 inmates on the unit to have

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

long hair for same Religious purpose "Native American".

**Offender Signature:** _[signature]_      **Date:** 2-1-22

**Grievance Response:**

According to the TDCJ Offender Orientation Handbook (2017) page 12, #6 Male offenders shall keep their hair trimmed up the back of their neck and head. Hair shall be neatly cut. Hair shall be cut around the ears. Sideburns shall not extend below the middle of the ears. No block style, afro, or shag haircuts shall be permitted. No fad or extreme hairstyles/haircuts are allowed. No mohawks. Tails, or designs cut into the hair are allowed. You do have the option of completing an HQ 150 with your Chaplain that will be submitted to the Religious Practice Committee (RPC) for a final determination into this matter. No further action from this office is warranted.

### C.F. HAZLEWOOD
#### DIRECTOR OF RELIGIOUS SERVICE

**Signature Authority:** _[signature]_      **Date:** 18 Feb 2022

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**     **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____ Screened ____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**     **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____ Screened ____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**     **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ____ Screened ____ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)      Appendix G

## PRE-DISCIPLINARY REPORT AND HEARING RECORD

```
CASE: 20220073924  TDCJNO: 02172247  NAME: FORESHEE, CHAD              EA: 11.2
UNIT: SB  HSNG: TRAN  03 B     JOB: TRANSIENT OTHER                    IQ: 124
CLSS: S3  CUST: G4  PRIMARY LANGUAGE: ENGLISH    LMHA RESTRICTIONS: NONE
GRDE: MI / WMM  OFF.DATE: 12/23/21  10:00 AM  LOCATION: SB ADMIN BLDG
TYPE: ID
```

### OFFENSE DESCRIPTION

ON THE DATE AND TIME LISTED ABOVE, AND AT SB LINEBUILDING, INMATE: FORESHEE, CHA TDCJ-ID NO. 02172247, REFUSED TO COMPLY WITH GROOMING STANDARDS IN THAT SAID OFFENDER HAD LONG HAIR PULLED BACK INTO A PONYTAIL.

CHARGING OFFICER: RUTKOWSKI, E CO V                SHIFT/CARD: 1 A

### INMATE NOTIFICATION

TIME/DATE NOTIFIED: 1-2-22  753pm BY: (PRINT) D. _____       IF APPLICABLE INTERPRETER: _____

YOU WILL APPEAR BEFORE HEARING OFFICER 24 HOURS OR MORE AFTER RECEIPT OF THIS NOTICE. YOU HAVE THE RIGHT TO SUBMIT A WRITTEN STATEMENT AND MAKE A VERBAL STATEMENT. DO YOU WANT TO ATTEND THE HEARING? (YES) NO   IF NO, HOW DO YOU PLEAD? GUILTY  NOT GUILTY

INMATE NOTIFICATION SIGNATURE: X_____           DATE: 1-2-22

BY SIGNING BELOW, YOU GIVE UP YOUR RIGHT TO 24-HOUR NOTICE AND AUTHORIZE THE HEARING OFFICER TO PROCEED WITH THE HEARING.

INMATE WAIVER SIGNATURE: X_____                 DATE: 1-2-22

### HEARING INFORMATION

HEARING DATE: 1/2/2022  TIME: 8:45 pm  INTERPRETER SIGNATURE: _____

EXPLAIN BELOW IF HEARING WAS NOT HELD WITHIN SEVEN DAYS, EXCLUDING WEEKENDS AND HOLIDAYS, FROM THE OFFENSE DATE: _____

INMATE STATEMENT: I'm Native Am___ I just got here d___ don't know the ___

OFFENSE CODES:              24.1
INMATE PLEA: (G, NG, NONE)  | NG |
FINDINGS: (G, NG, DS)       | G  |

### PUNISHMENT

LOSS OF PRIV (DAYS) _____   REPRIMAND  Verbal
*RECREATION (DAYS) _____    EXTRA DUTY (HOURS) _____
*COMMISSARY (DAYS) _____    CONT. VISIT SUSP THRU __/__/__
*PROPERTY (DAYS) _____      CELL RESTR (DAYS) _____
* _____ (DAYS) _____

INMATE SIGNATURE FOR RECEIPT OF FINAL REPORT: X_____

HEARING OFFICER (PRINT) _____                   WARDEN _____

(FORM I-47MI) CONTACT A STAFF MEMBER IF YOU DO NOT UNDERSTAND THIS FORM
(REV. 04-10) COMUNIQUESE CON UN MIEMBRO DEL PERSONAL SI NO ENTIENDE ESTA FORMA